UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 8

| | |
|---|---|
| BRAY INTERNATIONAL, INC.<br>(DBA BRAY CONTROLS), et. al.,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No.    21-00332 |

## STIPULATION OF DISMISSAL

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: October 1, 2024

Scott L. Johnston  
_____  
Attorney for Plaintiff

950 Echo Lane suite 360  
_____  
Street Address

Houston, Texas 77024  
_____  
City, State and Zip Code

713-932-1540  
_____  
Telephone No.

Guy R. Eddon  
_____  
Attorney for Defendant

26 Federal Plaza Room 346  
_____  
Street Address

New York, New York 10278  
_____  
City, State and Zip Code

212-264-9232  
_____  
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00332 | | 530120106438 | 23191471544<br>23191449425 |
| | | 530120106439 | 23191445225<br>23191450589 |
| | | 530120102335 | 23191073233<br>23191080618 |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: October 1, 2024

Clerk, U. S. Court of International Trade

By: /s/        Geoffrey Goell
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)